**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:         26-mj-94 (DJF) |
| | ) | Date:             January 29, 2026 |
| Anthony James Kazmierczak, | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:     8E |
| Defendant. | ) | Time Commenced:    2:00 p.m. |
| | ) | Time Concluded:     2:09 p.m. |
| | ) | Time in Court:        9 minutes |

APPEARANCES:

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Defender
    X FPD    X To be appointed

Date Charges Filed: January 28, 2026    Offense: Forcibly assault, resist, oppose, impede, intimidate, or interfere with United States Representative Ilhan Omar, an official and employee of the United States in violation of 18:111(a)(1)

    X Advised of Rights

on    X Complaint

X Government moves for a detention hearing.    X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Tuesday, February 3, 2026 at 11:00 a.m. before U.S. Magistrate Judge David T. Schultz in Courtroom 9W (MPLS) for:
    X Detention hrg    X Preliminary hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

_s/ms_____
Signature of Courtroom Deputy