IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: 26-mj-94 (DJF) |
| ) | Date: February 3, 2026 |
| Anthony James Kazmierczak, ) | Court Reporter: Renee Rogge |
| ) | Courthouse: Minneapolis |
| Defendant. ) | Courtroom: 9W |
| ) | Time Commenced: 11:17 a.m. |
| ) | Time Concluded: 11:39 a.m. |
| ) | Time in Court: 22 minutes |

X **PRELIMINARY HEARING**        X **DETENTION HEARING**

Time in Court Prelim/Detention: 11 minutes/11 minutes

APPEARANCES:

  Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
  Defendant: John Fossum
           X CJA

On    X Complaint

X Defendant Ordered Detained. Government to submit proposed order.

X Probable cause found. Defendant bound over to District Court of Minnesota.

Additional Information:
Government exhibits 1-5 admitted for purposes of today.

_____ *s/ms*
Signature of Courtroom Deputy